**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6849

FREDDY L. WAMBACH,

                                   Plaintiff - Appellant,

         versus

NORTH CAROLINA DEPARTMENT OF REVENUE; MICHAEL
F. EASLEY; ROY COOPER,

                                   Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., District Judge.  (CA-01-972-1)

Submitted:  July 25, 2002          Decided:  August 2, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Freddy L. Wambach, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Freddy L. Wambach, a North Carolina inmate, appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp. 2002). We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Wambach v. North Carolina Dep't of Revenue, No. CA-01-972-1 (M.D.N.C. May 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2